**Luther Lamoine HARRISON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 42251.

Court of Criminal Appeals of Texas.

Sept. 22, 1969.

Forrest F. Baird, Houston, for appellant.

Carol S. Vance, Dist. Atty., Phyllis Bell and William W. Burge, Asst. Dist. Attys., Houston, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

DOUGLAS, Judge.

The conviction is for aggravated assault upon a police officer. The punishment was assessed by the Court at two years confinement in jail.

The information alleges that Officer Sumner of the Houston Police Department was the assaulted party.

The facts are substantially the same as those in Harrison (the same appellant) v. State, Tex.Cr.App., 445 S.W.2d 216, this day decided, in which the same ground for reversal was overruled.

The judgment is affirmed.